```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
SIMON J. BURCHETT PHOTOGRAPHY,
INC.,

                Plaintiff,                    O R D E R

          - against -                         20 Civ. 1856 (NRB)

GLOBAL PUBLISHERS, LLC,

                Defendant.
---------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on May 7, 2020, this Court sent plaintiff's counsel a letter, notifying him that this case would be dismissed without prejudice on July 1, 2020 unless plaintiff achieved service by that date or showed good cause why time to serve should be extended, see ECF No. 7; and

**WHEREAS** a review of the docket indicates that the complaint, filed on March 3, 2020, has not been served; and

**WHEREAS** this Court has not received a response to its May 7, 2020 letter; it is hereby

**ORDERED** that this case is dismissed without prejudice.  The Clerk of Court is respectfully directed to close this case.

DATED:    New York, New York
          July 1, 2020

                                          _____
                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE